UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY ROBBINS,

    Plaintiff,                                    Case No. 17-13839

v.                                             HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

ORDER ACCEPTING REPORT
AND RECOMMENDATION

On October 5, 2018, Magistrate Judge Mona K. Majzoub issued a report and recommendation in this action for social security benefits. Magistrate Judge Majzoub recommends that the court grant Plaintiff's motion for summary judgment, deny Defendant's motion for summary judgment, and remand the case to the Commissioner under sentence four of 42 U.S.C. § 405(g). No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*. Having reviewed the record, the court will accept Magistrate Judge Majzoub's report and recommendation.

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment (Doc. 9) is GRANTED and Defendant's motion for summary judgment (Doc. 11) is DENIED.

IT IS FURTHER ORDERED that this case is REMANDED to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g).

Dated: November 5, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 5, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk